**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Roger L. Tosten          BK NO. 20-00081 HWV

Debtor(s)

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

      Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
17 Feb 2021, 17:01:16, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322