## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Roger L. Tosten | Chapter 13 |
| Debtor | |
| and | Bankruptcy No. 1:20-bk-00081-HWV |
| | |
| Sharon A. Tosten | |
| Co-Debtor | |
| Freedom Mortgage Corporation, or its Successor or Assignee | |
| Movant | |
| vs. | |
| Roger L. Tosten | |
| Sharon A. Tosten | |
| Charles J DeHart, III (Trustee) | |
| Respondents | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1)      A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2)      If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)      Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 26, 2021          /s/ Lauren M. Moyer, Esq.

Attorney for:      Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.