United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00081-HWV |
| Roger L. Tosten | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

**Recip ID      Recipient Name and Address**
  +   Sharon A. Tosten, 8023 Molly Pitcher Hwy, Greencastle, PA 17225-9223

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor State Farm Bank F.S.B. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Roger L. Tosten gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Lauren Marie Moyer | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj-ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor State Farm Bank F.S.B. nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

| | |
|---|---|
| Peter E Meltzer | on behalf of Creditor TRUIST BANK bankruptcy@wglaw.com ibernatski@wglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Roger L. Tosten<br>Debtor<br>and<br><br>Sharon A. Tosten<br>Co-Debtor<br>Freedom Mortgage Corporation, or its Successor or Assignee<br>Movant<br>vs.<br>Roger L. Tosten<br>Sharon A. Tosten<br>Charles J DeHart, III (Trustee)<br>Respondents | Chapter 13<br><br>Bankruptcy No. 1:20-bk-00081-HWV |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Freedom Mortgage Corporation for Relief from the Automatic Stay is hereby APPROVED.

Dated: March 3, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)