# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 2, 2021

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Roger Tosten
Chapter 13 - Bankruptcy Case No. 1-20-00081

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

SHAFFER EQUIPMENT
PO BOX 976
CHAMBERSBURG PA 17201-0976

The Creditor's <u>previous</u> address was as follows:

SHAFFER EQUIPMENT
3279 PORTICO ROAD
CHAMBERSBURG PA 17202-9573

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm