UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ROGER L. TOSTEN            :  CHAPTER 13
        Debtor(s)                 :
                                  :
        JACK N. ZAHAROPOULOS      :
        STANDING CHAPTER 13 TRUSTEE :
        Movant                    :
                                  :
        vs.                       :
                                  :
        ROGER L. TOSTEN           :
        Respondent(s)             :  CASE NO.  1-20-bk-00081


<u>TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN</u>

AND NOW, this   4th   day of October, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Debtor has not posted a plan payment since October 5, 2020 despite filing two prior modified plans to cure the plan arrearages.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


BY:     /s/James J. Jones
        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this   4th   day of October, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                             /s/Deborah A. Behney
                             Office of Jack N. Zaharopoulos
                             Standing Chapter 13 Trustee