IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROGER L. TOSTEN | : | CASE NO. 1-20-00081-HWV |
|     Debtor | : | CHAPTER 13 |
| | : | |
| ROGER L. TOSTEN | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JACK N. ZAHAROPOULOS, ESQUIRE | : | |
| FREEDOM MORTGAGE CORP. | : | |
| TRUIST BANK | : | |
| FRANKLIN CO. TAX CLAIM BUREAU | : | |
|     Respondents | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND SCHEDULED HEARING DATE

Gary J. Imblum, Esquire, attorney for Roger L. Tosten, 8023 Molly Pitcher Hwy., Greencastle, PA, has filed a Motion to Sell Real Estate located at 8023 Molly Pitcher Hwy., Greencastle, PA Free and Clear of Liens to Bruce J. Martin and Carolyn S. Martin, non-relatives and non-insiders, in the amount of $212,500.00. Settlement shall occur on or before November 30, 2021 at a location not yet determined.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before, November 02, 2021, you or your attorney must do **all** of the following:

    (a) File an answer on or before November 02, 2021 explaining your position at
        UNITED STATES BANKRUPTCY COURT
        MIDDLE DISTRICT OF PENNSYLVANIA
        THE RONALD REAGAN FEDERAL BUILDING
        228 WALNUT STREET, ROOM 320
        HARRISBURG, PA 17101

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before 5:00 p.m. November 02, 2021; and

    (b) Mail a copy to the Movant's Attorney:

**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
4615 Derry Street
Harrisburg, PA 17111
(717)238-5250; Fax (717)558-8990
Electronic Mail: gary.imblum@ imblumlaw.com

2.      The property to be sold may be examined at   8023 Molly Pitcher Hwy., Greencastle, PA   at any time prior to the sale.

3.      Arrangement to view the property may be made by calling   Gary J. Imblum, Esquire   at   717-238-5250   .

4.      The terms and conditions of the sale are as follows:

   a.      Pending offers:   $212,500.00   ;
   b.      Minimum bid requirements:   $212,500.00   

5.      The sale of real estate located at   8023 Molly Pitcher Hwy., Greencastle, PA   is not subject to higher offers.

6.      Advertisement of the sale shall be as follows:   N/A   .

7.      Inquiries regarding the sale shall be directed to the following:   Gary J. Imblum, Esquire, 717-238-5250   

8.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

9.      A scheduled hearing on the motion will be held before the Honorable Henry W. Van Eck, on  November 16 , 2021 at 9:30   a.m. in the Bankruptcy Courtroom, Third Floor, the Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Unless the court orders otherwise, the hearing on this matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

10.     If you do not file a response or objection within **twenty one** (21) days after the date of this notice, the hearing will not be held and an order will be entered granting the Motion for Sale.

11.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

12.     You may contact the Bankruptcy Clerk's Office at 717-901-2800 or 570-826-6450 to find out whether the hearing has been canceled because no one filed an answer.

Dated: 10/12/2021                           Gary J. Imblum, Esquire
                                            4615 Derry Street
                                            Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROGER L TOSTEN | CASE NO: 20-00081<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: HWV<br>Hearing Date: 11/16/2021<br>Hearing Time: 9:30 a.m.<br>Response Date: 11/02/2021 |

On 10/12/2021, I did cause a copy of the following documents, described below,

Notice of Motion, Response Deadline and Scheduled Hearing Date

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/12/2021

/s/ Gary J. Imblum Esquire
Gary J. Imblum Esquire  42606

Imblum Law Offices PC
4615 Derry Street
Harrisburg, PA  17111
717 238 5250

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROGER L TOSTEN

CASE NO: 20-00081

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
Judge: HWV
Hearing Date: 11/16/2021
Hearing Time: 9:30 a.m.
Response Date: 11/02/2021

On 10/12/2021, a copy of the following documents, described below,

Notice of Motion, Response Deadline and Scheduled Hearing Date

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/12/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum Esquire
Imblum Law Offices PC
4615 Derry Street
Harrisburg, PA  17111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-20-BK-00081-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE OCT 12 13-03-49 EDT 2021 | BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BBT NOW TRUIST<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| BBT NOW TRUIST<br>PO BOX 1847<br>100-50-01-51<br>WILSON NC 27894-1847 | DISCOVER<br>PO BOX 71084<br>CHARLOTTE NC 28272-1084 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FREEDOM MORTGAGE CORPORATION<br>CO ROUNDPOINT MORTGAGE SERVICING<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715-0200 | FREEDOM MORTGAGE CORPORATION<br>CO ROUNDPOINT MORTGAGE SERVICING<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715 |
| ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG PA 17111-2660~~ | INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | LOWES BUSINESS ACCOUNTS<br>POB 965004<br>ORLANDO FL 32896-5004 |
| MCCABE WEISBERG CONWAY PC<br>123 SOUTH BROAD STREET<br>SUITE 1400<br>PHILADELPHIA PA 19109-1060 | PETER E MELTZER<br>WEBER GALLAGHER SIMPSON STAPLETON FIRES<br>2000 MARKET STREET 13TH FLOOR<br>PHILADELPHIA PA 19103-3204 | MOONEY ASSOC<br>230 YORK STREET<br>HANOVER PA 17331-3270 |
| LAUREN MARIE MOYER<br>MCCABE WEISBERG CONWAY LLC<br>123 S BROAD ST<br>SUITE 1400<br>PHILADELPHIA PA 19109-1060 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| PA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| SHAFFER EQUIPMENT<br>PO BOX 976<br>CHAMBERSBURG PA 17201-0976 | REBECCA ANN SOLARZ<br>KML LAW GROUP PC<br>701 MARKET ST<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | STATE FARM BANK<br>3 STATE FARM PLAZA N3<br>ATTN CUSTOMER CARE GROUP<br>BLOOMINGTON IL 61791-0002 |
| STATE FARM BANK FSB<br>CO<br>MCCABE WEISBERG CONWAY LLC<br>123 SOUTH BROAD STREET SUITE 1400<br>PHILADELPHIA PA 19109-1060 | STATE FARM BANK FSB<br>CO CENLAR FSB<br>ATTENTION- BK DEPARTMENT<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| DEBTOR | EXCLUDE | EXCLUDE |
|---|---|---|
| ROGER L TOSTEN<br>8023 MOLLY PITCHER HIGHWAY<br>GREENCASTLE PA 17225-9223 | ~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | ~~JACK N ZAHAROPOULOS~~<br>~~ATTN CHAPTER 13 TRUSTEE~~<br>~~8125 ADAMS DRIVE SUITE A~~<br>~~HUMMELSTOWN PA 17036-8625~~ |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>info@pamd13trustee.com | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | Roger L. Tosten<br>8023 Molly Pitcher Highway<br>Greencastle, PA 17225<br>(Debtor 1)<br>represented by:<br>Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111<br><br>gary.imblum@imblumlaw.com |
| (Creditor)<br>TRUIST BANK<br>represented by:<br>Peter E Meltzer<br>Weber Gallagher Simpson Stapleton Fires<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br><br>bankruptcy@wglaw.com | Ann E. Swartz<br>Chapter 13 Trustee's Office - Reading<br>2901 St. Lawrence Ave<br>Suite 100<br>Reading, PA 19606<br><br>ecfmail@readingch13.com | (Creditor)<br>State Farm Bank, F.S.B.<br>represented by:<br>Lauren Marie Moyer<br>McCabe, Weisberg & Conway, LLC<br>123 S. Broad St.<br>Suite 1400<br>Philadelphia, PA 19109<br><br>ecfmail@mwc-law.com |
| (Creditor)<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com | (Creditor)<br>FREEDOM MORTGAGE CORPORATION<br>represented by:<br>Lauren Marie Moyer<br>McCabe, Weisberg & Conway, LLC<br>123 S. Broad St.<br>Suite 1400<br>Philadelphia, PA 19109<br><br>ecfmail@mwc-law.com |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>(Former Trustee)<br><br>dehartstaff@pamd13trustee.com | (Creditor)<br>BB&T now Truist<br>P.O. Box 1847<br>100-50-01-51<br>Wilson, NC 27894 | |