# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558.8990

November 9, 2021

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Roger L. Tosten
Chapter 13 Bankruptcy Case No. 1-20-00081-HWV

Dear Clerk:

Please issue a certified Order approving Motion to Sell Real Estate Free and Clear of Liens in the above matter. The Docket Number of the Order is 119.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\TOSTEN Roger L\Pleadings & Creditors\Sale or Refinance of Mortgage\Sale\11-09-21 BK Request Certified Order.ltr.wpd

Case 1:20-bk-00081-HWV    Doc 120    Filed 11/09/21    Entered 11/09/21 08:40:13    Desc
Main Document    Page 1 of 1