UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROGER L. TOSTEN<br>       Debtor(s) | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>       Movant | :<br>:<br>:<br>: |
| vs. | :<br>:<br>: |
| ROGER L. TOSTEN<br>       Respondent(s) | :<br>: CASE NO. 1-20-bk-00081 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this 29th day of November, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 4, 2021 be withdrawn as all issues have been resolved.

                      Respectfully submitted:

                      /s/Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of November, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

                      /s/Deborah A. Behney
                      Office of Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee