# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 4, 2022

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Roger L. Tosten
Chapter 13, Bankruptcy Case No. 1:20-bk-00081

Dear Clerk:

Please be advised that the address for the Debtor has changed to the following:

PO Box 243
Marion, PA 17235-0243

The Debtor's previous address was as follows:

8023 Molly Pitcher Highway
Greencastle, PA 17225-9223

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service