IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
ROGER L. TOSTEN : CASE NO. 1-20-00081-HWV
    Debtor : CHAPTER 13

ORDER OF COURT
PERMITTING FIFTH APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Fifth Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,305.50 for fees and $386.56 for costs, for a net amount due of $2,692.06 for the time period of November 27, 2021 through July 29, 2022.

Debtor's counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorneys fees and costs which will not result in the Plan being underfunded. As to the remaining Attorneys fees and costs approved by this order, if Debtor does not ament his Plan in the future to provide for payment of same through the Chapter 13 Trustee, Debtor's counsel will offer Debtor a reasonable payment plan for payment of same.