United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00081-HWV
Roger L. Tosten  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 10, 2022      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Roger L. Tosten, PO Box 243, Marion, PA 17235-0243 |
| 5402897 | + | Freedom Mortgage Corporation, C/O ROUNDPOINT MORTGAGE SERVICING, 446 Wrenplace Road, Fort Mill, SC 29715, Freedom Mortgage Corporation C/O ROUNDPOINT MORTGAGE SERVICING 29715-0200 |
| 5402896 | + | Freedom Mortgage Corporation, C/O ROUNDPOINT MORTGAGE SERVICING, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5289496 | + | McCabe Weisberg & Conway PC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5289497 | + | Mooney & Assoc, 230 York Street, Hanover, PA 17331-3270 |
| 5294554 | | SHAFFER EQUIPMENT, PO BOX 976, CHAMBERSBURG PA 17201-0976 |
| 5294568 | + | State Farm Bank, F.S.B., c/o, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 10 2022 18:44:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 10 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5289492 | | Email/Text: bankruptcy@bbandt.com | Nov 10 2022 18:44:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 5296202 | + | Email/Text: bankruptcy@bbandt.com | Nov 10 2022 18:44:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 5289494 | | EDI: DISCOVER.COM | Nov 10 2022 23:43:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5289493 | + | EDI: DISCOVER.COM | Nov 10 2022 23:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 5291236 | | EDI: DISCOVER.COM | Nov 10 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5289490 | | EDI: IRS.COM | Nov 10 2022 23:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5289495 | + | EDI: RMSC.COM | Nov 10 2022 23:43:00 | Lowes Business Accounts, POB 965004, Orlando, FL 32896-5004 |
| 5289498 | + | EDI: AGFINANCE.COM | Nov 10 2022 23:43:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5294183 | + | EDI: AGFINANCE.COM | Nov 10 2022 23:43:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5289491 | | EDI: PENNDEPTREV | Nov 10 2022 23:43:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5289491 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2022 18:44:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5289499 | + | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | | |

| | | Nov 10 2022 18:44:00 | State Farm Bank, 3 State Farm Plaza N-3, Attn Customer Care Group, Bloomington, IL 61791-0002 |
| --- | --- | --- | --- |
| 5314423 | + Email/Text: BKelectronicnotices@cenlar.com | Nov 10 2022 18:44:00 | State Farm Bank, F.S.B., c/o Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5289974 | + EDI: RMSC.COM | Nov 10 2022 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Roger L. Tosten gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor State Farm Bank  F.S.B. ecfmail@mwc-law.com |
| Peter E Meltzer | on behalf of Creditor TRUIST BANK bankruptcy@wglaw.com ibernatski@wglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Roger L. Tosten<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3450<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  \_\_\_\_<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00081–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roger L. Tosten

11/10/22

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**